UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-61361-CIV-SINGHAL

MAURICIO SANCHEZ HERNANDEZ,

    Petitioner,

v.

JUAN F. GONZALEZ, *et al.*,

    Respondents.

_____/

### ORDER OF TRANSFER

**THIS CAUSE** comes before the Court upon a *sua sponte* review of the record. Good cause appearing that a transfer of this action is appropriate pursuant to Internal Operating Procedure 2.15.00 and Local Rule 3.8, given that this case, **Case No. 0:26-cv-61361-AHS**, is related to the same subject matter and arising out of the same circumstances as **Case No. 0:26-cv-60438-MD**, and subject to the consent of the Honorable Melissa Damian, it is hereby

**ORDERED AND ADJUDGED** that this case is transferred to the calendar of Judge Damian for all further proceedings.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 8th day of May 2026.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

After reviewing the file in the above-captioned case, the undersigned accepts the transfer of this case. Therefore, it is

**ORDERED AND ADJUDGED** that all proceedings filed after this date shall bear case number 0:26-cv-61361-MD, indicating the Judge to whom all pleadings should be routed.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 13th day of May 2026.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

Copies furnished counsel via CM/ECF

2